# In the United States Court of Federal Claims

No. 24-996C
(Filed: August 29, 2024)
**NOT FOR PUBLICATION**

```
*************************************
GRADY RENARD WILLIAMS, JR.,        *
                                   *
            Plaintiff,             *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
            Defendant.             *
                                   *
*************************************
```

## ORDER

On June 27, 2024, Grady Renard Williams, Jr., also known as Abdul Malik El Basir Bey — who is currently incarcerated in Georgia — filed a complaint in this Court alleging that his imprisonment violates his constitutional and civil rights. *See* Complaint at 1 (ECF 1). At least three of Plaintiff's prior civil actions have been dismissed as frivolous, malicious, or for failure to state a claim. *See* Order at 5, *Williams v. United States*, No. 5:21-cv-00061 (M.D. Ga. April 2, 2021) (listing cases dismissed with prejudice for failure to state a claim). As a result, Plaintiff may not proceed *in forma pauperis* — which, for prisoners, involves payment of an initial partial filing fee from a prison trust fund account followed by subsequent monthly payments in amounts determined by a statutory formula, *see* 28 U.S.C. § 1915(b) — unless he demonstrates "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). Mr. Williams' Complaint did not indicate any such danger. On July 1, 2024, I therefore ordered Plaintiff to pay the full filing fee of $405 within 30 days. *See* Order (ECF 5). The Order specified that "[i]f Plaintiff does not comply, the complaint will be dismissed for failure to prosecute." *Id.* As of today, Plaintiff has not submitted payment.

Because Plaintiff has not paid the filing fee or shown that he is qualified to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), the case is **DISMISSED** for failure to prosecute. *See* Rule 41(b), Rules of the United States Court of Federal Claims. The government's motion to dismiss (ECF 7) is **DENIED AS MOOT**.

- 2 -

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz<br>
STEPHEN S. SCHWARTZ<br>
Judge